# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
)
       Plaintiff  )
)
       vs.  )
)
Shane Alton Buer,  )
)
       Defendant(s)  )
)

CRIMINAL NO. _08M4-2030_

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:    (Bond Posted / Case Disposed / Order of Court).

Blanca Lourdes Mancilla-Gaytan

DATED:    7/18/08

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** _____
          **DUSM**

**OR**

W. SAMUEL HAMRICK, JR.  Clerk

by _____
          **Deputy Clerk**