UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) ) ) | CRIMINAL NO. 08mj2030 |
| vs. | ) ) | ORDER |
| Shane Alton Breer, | ) ) | RELEASING MATERIAL WITNESS |
| Defendant(s) | ) ) ) | Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / <u>Order of Court</u>).

Hugo Moreno-Chavez

DATED: 7/18/08

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____          OR
          DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by _____
      Deputy Clerk