PS 8B
(04/05)

FILED July 18, 2008

08 JUL 23 PM 12: 35

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

### Request for Modifying the Conditions of Pretrial Release

**Name of Defendant:** Shane Alton Breer          **Dkt No.:** 08CR2380JAH-001

**Reg. No.:** 10162-298

**Name of Judicial Officer:** The Honorable John A. Houston, U.S. District Judge

**Date Conditions Were Ordered:** July 7, 2008

**Conditions of Release:** restrict travel to the Southern District of California; do not enter Mexico; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; read, or have explained, and acknowledge understanding of the Advice of Penalties and Sanctions Forms; Provide the court a current residence address and telephone number prior to release from custody and keep it current while the case is pending; and actively seek and maintain full-time employment, schooling, or combination of both.

**Date Released on Bond:** July 16, 2008

**Charged Offense:** 8 USC § 3124 (Alien Smuggling); 18 USC § 1544 (Misuse of Passport)

**Next Court Hearing:** Change of Plea on August 4, 2008, at 11:00 a.m.

**AUSA:** Harold Chun                              **Defense Counsel:** Ricardo Gonzalez
                                                                       (Appointed)

**Prior Violation History:** None

GREER, SHANE ALTON
DKT: 08CR2380JAH-001
Page 2

## PETITIONING THE COURT

**TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:**

PRAYING THE COURT WILL ORDER THE DEFENDANT TO SUBMIT TO TESTING AND/OR TREATMENT FOR DRUG AND/OR ALCOHOL ABUSE AND SUBMIT TO PSYCHIATRIC OR PSYCHOLOGICAL COUNSELING AS DIRECTED BY THE ASSIGNED PRETRIAL SERVICES OFFICER.

## CAUSE

During the defendant's post release intake interview on July 17, 2008, he explained he last used illegal drugs one (1) month ago. He admitted to using illegal drugs since the ninth grade of high school. His most recent use has been methamphetamine. Mr. Breer advised when he uses methamphetamine, he binges for at least two or three (2-3) days at a time. He reports never having undergone any type of drug treatment and he feels he can remain sober while on bond, however, our office would like to monitor his compliance. Further, Mr. Breer is interested in attending an out-patient drug treatment program and he does not oppose drug testing. Our office would also like to be able to provide treatment services if he does not have coverage through his insurance company.

The undersigned has contacted the defendant's attorney, Ricardo Gonzalez, who indicated he does not oppose adding drug testing and/or treatment, nor psychiatric or psychological counseling to Mr. Greer's conditions of release. The AUSA, Harold Chun, was also contacted, and he does not oppose either condition of release being added.

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on: July 18, 2008**

Respectfully submitted:

by _____
Tammy Riedling
United States Pretrial Services Officer
(619) 557-7207

Reviewed and approved:

_____
Jeff Larsen
Supervising U.S. Pretrial Services Officer

Attachments

**THE COURT ORDERS:**

✓      The modification of the Conditions of Release to include: Submit to drug testing and/or treatment, and submit to Psychiatric or Psychological Counseling, as specified by the assigned Pretrial Services Officer.

_____      OTHER _____

_____

_____

_____      7-21-08
The Honorable John A. Houston                            Date
U.S. District Judge