```
 1 | RICARDO M. GONZALEZ
   | Attorney at Law
 2 | California State Bar No. 98993
   | 101 W. Broadway, Suite 1950
 3 | San Diego, California 92101
   | Telephone: (619) 238-9910
 4 | Fax: (619) 238-9914
 5 | Attorney for Defendant
   | Shane Alton Breer
 6 |
 7 |
```

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

(Honorable John A. Houston)

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-CR-2380-JAH |
|---|---|---|
| Plaintiff, | ) | **CONSENT BY SURETY** |
| v. | ) | |
| SHANE ALTON BREER, | ) | |
| Defendant. | ) | |

We, James H. Breer, (father) and Rosemary L. Breer, (mother), Sureties who have signed a bond for defendant Shane Alton Breer, hereby consent to the modification of his pre-trial release conditions to allow Shane Alton Breer to travel to and reside in Barre, Vermont with us the Sureties who are his parents. Also, we consent that he, Shane Alton Breer, be allowed to travel to Tulare, California, for the purpose of child visitation with his child Cheyenne Breer, who resides at Tulare, California.

Dated: August 4, 2008

_James A. Breer_
JAMES H. BREER

Dated: August 4, 2008

_Rosemary L. Breer_
ROSEMARY L. BREER

**CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2008, I electronically filed CONSENT BY SURETY with the Clerk of the Court using the CM/ECF system. I thereby served the opposing party by e-filing to the Office of the Clerk, which will serve the parties listed on the electronic service list for this case.

Respectfully submitted,

DATED: August 6, 2008      /s/Ricardo M. Gonzalez
                           RICARDO M. GONZALEZ, ESQ.
                           Attorney for Defendant